# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TOMAY LAWRENCE HOLDIP,

    Plaintiff,

vs.

ADAM LAXALT, et al.,

    Defendant.

Case No. 2:17-cv-02696-APG-CWH

**ORDER**

Presently before the Court is pro se Plaintiff Tomay Lawrence Holdip's complaint (ECF No. 1), filed on October 4, 2017. Plaintiff did not pay the full filing fee for this case or file an application to proceed *in forma pauperis*.

Under 28 U.S.C. § 1915(a)(1) and Local Rule ("LSR") 1-1, a plaintiff seeking to proceed in a case without first paying the filing fee must complete an application to proceed *in forma pauperis*. Since Plaintiff has not paid the filing fee or filed an application to proceed *in forma pauperis*, this case may not proceed at this time. The Court will retain Plaintiff's complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, to pay the full filing fee for this action.

//
//
//
//
//
//

IT IS THEREFORE ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that within thirty days from the date of this order, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, or (2) pay the full $400 fee for a civil action (which includes the $350 filing fee and the $50 administrative fee). Plaintiff is advised that failure to comply with this order may result in a recommendation that this case be dismissed.

DATED: November 20, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**