1
2
3          **UNITED STATES DISTRICT COURT**
4                **DISTRICT OF NEVADA**
5
6     TOMAY LAWRENCE HOLDIP,                    )
7                         Plaintiff,            )        Case No.  2:17-cv-02696-APG-CWH
                                               )
8     vs.                                       )        **REPORT & RECOMMENDATION**
                                               )
9     ADAM LAXALT, et al.,                      )
                                               )
10                        Defendant.            )
      _____ )
11
12          On November 20, 2017, this Court entered an order (ECF No. 3) for pro se Plaintiff Tomay

13    Lawrence Holdip to either file a complete application to proceed *in forma pauperis*, or pay the full

14    $400 filing fee for a civil action.  Plaintiff was advised that failure to comply with the Court's order

15    within thirty days would result in a recommendation that this case be dismissed.  More than thirty

16    days has elapsed since the Court's order, and Plaintiff has neither paid the full filing fee for this

17    case, filed an application to proceed *in forma pauperis*, or made any other filing in this case.  The

18    Court will therefore recommend that this case be dismissed.

19    //
20    //
21    //
22    //
23    //
24    //
25    //
26    //
27    //
28    //

## RECOMMENDATION

**IT IS HEREBY RECOMMENDED** that Plaintiff's complaint (ECF No. 5) be dismissed without prejudice.

## NOTICE

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: January 17, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**