# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TOMAY LAWRENCE HOLDIP, | Case No. 2:17-cv-02696-APG-CWH |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| A.G. ADAM LAXALT, *et al.*, | |
| Defendants. | (ECF No. 4) |

On January 18, 2018, Magistrate Judge Hoffman entered a report and recommendation that I dismiss this case without prejudice because plaintiff Tomay Lawrence Holdip did not complete an application to proceed in forma pauperis or pay the filing fee as directed. Holdip did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Judge Hoffman's report and recommendation **(ECF No. 4) is accepted**. The complaint **(ECF No. 1-1) is DISMISSED without prejudice**. The clerk of court is instructed to close this case.

DATED this 6th day of February, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE